**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **NAFEESAH MAYS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )   No. 22 C 2719 |
| | ) |
| | )   Judge Rebecca R. Pallmeyer |
| | ) |
| **MEAD JOHNSON & COMPANY LLC,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

## MDL REMAND CLOSING ORDER

    Pursuant to the Memorandum Opinion and Order [29], this case is remanded, forthwith, to the Court of Common Pleas of Philadelphia County, Trial Division, Civil Action Number: 220302963. The Clerk of the Court is directed to send a copy of this order to the United States District Court Pennsylvania Eastern (CA.No. 22-01828). Civil case terminated.

                                                                       ENTER:

Date: October 14, 2022

                                                                      REBECCA R. PALLMEYER
                                                                      United States District Judge